908 F.2d 968
Unpublished Disposition
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Shirley STAGGS, Plaintiff-Appellant,
v.
R.G. HECKERMAN, Individually & in his Official Capacity, as
Director of Education, North Carolina Correctional Center
for Women; FAY LASSITER, Individually & in her Official
Capacity as Superintendent of North Carolina Correctional
Center for Women; Jennie Lancaster, Individually & in her
Official Capacity as Director of Programs for the North
Carolina Department of Corrections; Samuel A. Wilson, III,
Individually & in his Official Capacity as Parole Commission
Chairman; Joseph L. Hamilton, Individually & in his
Official Capacity as Director of Prisons; Aaron J. Johnson,
Individually & in his Official Capacity as Secretary of
Corrections, Defendants-Appellees.
 No. 89-7057.
 United States Court of Appeals, Fourth Circuit.
 Submitted: Aug. 21, 1989.
Decided: June 25, 1990.
 
 Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (C/A No. 88-455-CRT-BO).
 Shirley Staggs, appellant pro se.
 Jacob Leonard Safron, Deputy Attorney General, Raleigh, N.C., for appellees.
 E.D.N.C.
 AFFIRMED.
 Before PHILLIPS, SPROUSE and CHAPMAN, Circuit Judges.
 PER CURIAM:
 
 
 1
 Shirley Staggs appeals from the district court's order denying relief under 42 U.S.C. Sec. 1983. Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. Staggs v. Heckerman, CA-88-455-CRT-BO (E.D.N.C. Feb. 7, 1989). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 AFFIRMED